# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**Felipe Alfredo Rodriguez-Delgado**     *Principal*

YOB:    1982     Mexico

**CRIMINAL COMPLAINT**

Case Number:
M-18-0898-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 25, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Roberto Portillo-Castillo and Luis Alberto Fernandez-Carcamo, citizens of El Salvador, along with twenty-four (24) other undocumented aliens, for a total of twenty-six (26), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; at a residence located in Pharr, Texas**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

Border Patrol Agents received information regarding an apartment used to harbor undocumented aliens in Pharr, Texas. Information received included a male subject as a caretaker driving a white four-door sedan.

On April 24, 2018, agents conducted surveillance at the residence and observed a male subject, later identified as Felipe Alfredo RODRIGUEZ-Delgado, exit apartment 19 and departed in a white Chevy Cruze. Later, agents witnessed RODRIGUEZ return with a male subject. RODRIGUEZ appeared to direct the male subject to carry a five gallon water jug into apartment 18.

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

*/s/ Approved
R---- C---- AUSA*

Signature of Complainant

Salvador Mendez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 26, 2018    3:44 pm    at    McAllen, Texas
Date                                                           City and State

Peter E. Ormsby            , U. S. Magistrate Judge
Name and Title of Judicial Officer                             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-0898-M

RE:     **Felipe Alfredo Rodriguez-Delgado**

**CONTINUATION:**

On April 25, 2018, agents observed a female subject exit apartment 19 and depart in the Chevy Cruze. Local law enforcement conducted a traffic stop on the Chevy Cruze for Failure to Stop at a Designated Line, in McAllen, Texas. Border Patrol Agents approached the driver who was identified as Fabiola SANCHEZ-Torres. SANCHEZ was questioned as to her involvement in alien smuggling to which SANCHEZ denied any involvement. During the field interview, SANCHEZ stated her husband was the only one at their apartment. Agents requested consent from SANCHEZ to search her apartment to which she granted consent and provided agents with a key.

Agents and local law enforcement proceeded to apartment 19 and knocked on the door. After several knocks, agents made entry into the apartment using the key and encountered RODRIGUEZ. RODRIGUEZ was determined to be illegally present in the United States. Agents read RODRIGUEZ his Miranda Rights and he agreed to answers questions without an attorney present. RODRIGUEZ was questioned as to his involvement in alien smuggling to which RODRIGUEZ stated there was approximately 20 illegal aliens inside apartment 18.

Agents proceeded to apartment 18 and knocked on the door. A total of 26 subjects voluntarily exited the apartment and were determined to be illegally present in the United States. RODRUGUEZ and all 26 illegal aliens were placed under arrest and were transported to the Border Patrol Station for processing.

**_PRINCIPAL STATEMENT_**
Once at the Border Patrol Station, Felipe Alfredo RODRIGUEZ-Delgado, a citizen of Mexico, refused to answer any further questions without an attorney present.

**_MATERIAL WITNESS 1_**
Roberto PORTILLO-Castillo, a citizen of El Salvador, was read his Miranda Rights and agreed to provide a statement.

PORTILLO stated he made his smuggling arrangements and was to pay $10,000 (USD). Once in the United States, PORTILLO stated he was eventually transported by a male subject to the house he was arrested in. PORTILLO claimed as he was being transported to the house, the male subject stopped to pick up water. Once they arrived to the house, PORTILLO claimed the male subject instructed him to take the water and go into apartment 18. PORTILLO stated the male subject instructed him not to go outside and to not make any noise.

PORTILLO identified RODRIGUEZ as the person who transported him to the house he was arrested in and the caretaker.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-0898-M

RE: **Felipe Alfredo Rodriguez-Delgado**

**CONTINUATION:**

*MATERIAL WITNESS 2*
Luis Alberto FERNANDEZ-Carcamo, a citizen of El Salvador, was read his Miranda Rights and agreed to provide a statement.

FERNANDEZ stated he made his smuggling arrangements and was to pay $8,000 (USD). Once in the United States, FERNANDEZ claimed he was eventually transported by a male subject to the house he was arrested in. FERNANDEZ indicated when they arrived to the house, the same male subject walked him to the door of the house. FERNANDEZ stated the male subject would take him food, would check on him, and instructed him to keep the place clean.

FERNANDEZ identified RODRIGUEZ as the person who transported him to the house he was arrested in and the caretaker.